FILED ENTERED
LODGED RECEIVED

JUN 24 2024 MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA ex rel. BLOCKQUOTE, INC.,

Plaintiff-Relator,

v.

VIX TECHNOLOGY (USA) INC.,

Defendant.

No. 2:24-cv-00904-JCC
*SEALED*

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF-RELATOR BLOCKQUOTE, INC.

Plaintiff-Relator Blockquote, Inc. ("Blockquote"), by and through its undersigned attorneys, makes the following Rule 7.1 Corporate Disclosure Statement:

Blockquote does not have a parent company, and no publicly traded company owns 10% or more of its shares.

DATED this 21st day of June, 2024.

McNAUL EBEL NAWROT & HELGREN PLLC

By: [signature]
Malaika M. Eaton, WSBA No. 32837

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
meaton@mcnaul.com

CORP. DISCL. STATEMENT OF PL.-RELATOR BLOCKQUOTE, INC. (No. 2:24-cv- *SEALED*) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

*and*

Jason Marcus
(*Pro Hac Vice Application to be submitted*)
Georgia Bar No. 949698
Bracker & Marcus LLC
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Tel: (770) 988-5035
Fax: (678) 648-5544
Jason@FCACounsel.com

Attorneys for Relator Blockquote, Inc.

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816